**Manny Newburger**

| | |
|---|---|
| **From:** | Corinne Heggie <cheggie@scharfbanks.com> |
| **Sent:** | Friday, January 26, 2018 10:44 AM |
| **To:** | Celetha Chatman |
| **Cc:** | Manny Newburger |
| **Subject:** | RE: Centeno v. LVNV Funding LLC et al (17-cv-05233)  Follow up email re Plewa no show |

Thanks for speaking with me this morning Celetha pursuant to LR 37.2.

You cannot respond to Defendants' request regarding Ms. Plewa's deposition because you want to confer with Ms. Plewa. The parties are on the eve of the discovery close date, a date defendants do not and have no intention of compromising.  We therefore will move forward with the motion to compel.

Also, I will contact Ms. Johnson to ask about Judge Ellis' position on telephonic appearances.  Manny would appear in person, but is unable to do so as he will be in South Carolina for depositions in this case on Feb. 1.

Best regards, Corinne

Corinne C. Heggie
DIRECT 312-673-3394 | MOBILE 773-593-5936
Cheggie@scharfbanks.com
The contents of this message may be privileged and confidential.  If this message was received in error, please delete without reading.  Receipt of this message is not intended to waive any applicable privilege.

**From:** Celetha Chatman [mailto:cchatman@communitylawyersgroup.com]
**Sent:** Friday, January 26, 2018 8:50 AM
**To:** Corinne Heggie <cheggie@scharfbanks.com>
**Cc:** mnewburger (mnewburger@bn-lawyers.com) <mnewburger@bn-lawyers.com>
**Subject:** Re: Centeno v. LVNV Funding LLC et al (17-cv-05233) Follow up email re Plewa no show

Corrine,

You can give me a call at 10:00 to discuss.

Thanks


Celetha C. Chatman
Attorney at Law
cchatman@communitylawyersgroup.com

Community Lawyers Group
73 W. Monroe Street, Suite 514
Chicago, Illinois 60603
www.communitylawyersgroup.com
(312)757-1880 Main
(312)265-3227 Fax

Notice from Community Lawyers Group, Ltd..: This message is intended only for the use of the person or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

**From:** Corinne Heggie <cheggie@scharfbanks.com>
**Date:** Friday, January 26, 2018 at 6:52 AM
**To:** Celetha Chatman <cchatman@communitylawyersgroup.com>
**Cc:** "mnewburger (mnewburger@bn-lawyers.com)" <mnewburger@bn-lawyers.com>
**Subject:** FW: Centeno v. LVNV Funding LLC et al (17-cv-05233) Follow up email re Plewa no show

Good morning Celetha,

We did not hear back from you in response to our email. What is plaintiffs position? I am free today between 10 and 3 p.m. to discuss so let me know what works. I look forward to hearing from you.

Best, Corinne

Corinne C. Heggie
DIRECT 312-673-3394 | MOBILE 773-593-5936
Cheggie@scharfbanks.com

The contents of this message may be privileged and confidential. If this message was received in error, please delete without reading. Receipt of this message is not intended to waive any applicable privilege

**From:** Manny Newburger [mailto:mnewburger@bn-lawyers.com]
**Sent:** Thursday, January 25, 2018 10:04 AM
**To:** Celetha Chatman <cchatman@communitylawyersgroup.com>
**Cc:** Corinne Heggie <cheggie@scharfbanks.com>
**Subject:** RE: Centeno v. LVNV Funding LLC et al (17-cv-05233)

This is the second time that Ms. Plewa has not appeared in response to a deposition notice, and the second time that I have scheduled time in Chicago only to have you inform us on the day of the deposition that one of your clients would not be appearing.

The last time, it was Mr. Centeno, who canceled his deposition less than a half hour before we were to start. Today, forty-nine minutes _after_ we were to start (and with no appearance by any attorney in your firm) you canceled this deposition.

It is our intention to ask for sanctions and to request that Ms. Plewa (who refused to appear in December in response to a notice) be ordered to pay my fees and expenses for being here today or, in the alternative, my fees and expenses for having to return to Chicago to depose her.

Will you agree to such relief?

Manny

512.649.4022 |Direct

---

**From:** Celetha Chatman [mailto:cchatman@communitylawyersgroup.com]
**Sent:** Thursday, January 25, 2018 9:49 AM
**To:** Manny Newburger
**Cc:** Corinne Heggie
**Subject:** Centeno v. LVNV Funding LLC et al (17-cv-05233)

Hi,

Despite confirming today's deposition a week ago, we have now been informed that Ms. Plewa is in the hospital and will not be appearing at her deposition. I will follow up when I have more information.

Thanks,

Celetha C. Chatman
Attorney at Law
cchatman@communitylawyersgroup.com

Community Lawyers Group
73 W. Monroe Street, Suite 514
Chicago, Illinois 60603
www.communitylawyersgroup.com
(312)757-1880 Main
(312)265-3227 Fax

Notice from Community Lawyers Group, Ltd..: This message is intended only for the use of the person or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.