**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARCELINO CENTENO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-5233 |
| | ) | |
| v. | ) | |
| | ) | Hon. Sara L. Ellis |
| LVNV FUNDING, LLC and RESURGENT | ) | Magistrate Judge Maria Valdez |
| CAPITAL SERVICES, L.P., | ) | |
| | ) | |
| Defendants. | ) | |
| JEANETTE AKINS | ) | |
| | ) | Case No. 17-cv-5693 |
| Plaintiff, | ) | |
| v. | ) | Hon. Matthew F. Kennelly |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| LVNV FUNDING, LLC and RESURGENT | ) | |
| CAPITAL SERVICES, L.P., | ) | |
| | ) | |
| Defendants. | ) | |
| LAURA LEMKE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-5897 |
| | ) | |
| v. | ) | Hon. Robert M. Dow |
| | ) | Magistrate Judge Mary Rowland |
| LVNV FUNDING, LLC and RESURGENT | ) | |
| CAPITAL SERVICES, L.P., | ) | |
| | ) | |
| Defendants. | ) | |
| CORDELL JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-6098 |
| | ) | |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| LVNV FUNDING, LLC | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO DEFENDANT'S MOTION FOR PARITAL JUDGMENT ON THE PLEADINGS

NOW COMES the Plaintiffs, Marcelino Centeno, Jeanette Akins, Laura Lemke, and Cordell Johnson, by and through their attorneys, Celetha Chatman, and Michael Wood of Community Lawyers Group, Ltd., and for their Response to Defendants Motion For Partial Judgment on the Pleadings  state as follows:

1.      This case involves an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1962, *et seq.* ("FDCPA").

2.      On January 26, 2018, Defendant filed its Motion For Partial Judgment on The Pleadings on Count II of the consolidated matters, Plaintiffs' claim under the Illinois Collection Agency Act . (Dkt. # 47).

3.      On January 31, 2018 this Court ordered that Plaintiffs to file their response by March 2, 2018. (Dkt. # 52).

4.      In Response to Defendants Motion For Partial Judgment on the Pleadings, Plaintiffs hereby withdraw Count II.

WHEREFORE, Plaintiffs respectfully request that this Court to allow Plaintiffs to withdraw Count II of the consolidated matters.

Respectfully submitted,

By: */s/Celetha C. Chatman*

Celetha Chatman
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on March 2, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: March 2, 2018**                                   Respectfully submitted,


By: ___ /s/ *Celetha Chatman*