IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCELINO CENTENO,<br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC and RESURGENT<br>CAPITAL SERVICES, L.P.,<br>    Defendants. | Case No. 17-CV-05233<br><br>Hon. Sara L. Ellis<br>Magistrate Judge: Maria Valdez |
| JEANETTE AKINS<br>    Plaintiff,<br>v.<br><br>LVNV FUNDING, LLC and RESURGENT<br>CAPITAL SERVICES, L.P.,<br>    Defendants. | Case No. 17-CV-05693<br><br>Hon. Matthew F. Kennelly<br>Magistrate Judge: Jeffrey T. Gilbert |
| LAURA LEMKE,<br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC and RESURGENT<br>CAPITAL SERVICES, L.P.,<br>    Defendants. | Case No. 17-CV-05897<br><br>Hon. Robert M. Dow<br>Magistrate Judge: Mary M. Rowland |
| CORDELL JOHNSON,<br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC<br>    Defendant. | Case No. 17-CV-06098<br><br>Hon. Virginia M. Kendall<br>Magistrate Judge: Sheila M. Finnegan |

**REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL
JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)**

Pursuant to FED. R. CIV. P. 12(c), Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P. have moved the Court to grant partial judgment on the pleadings that all of the above-named Plaintiffs take nothing on their state law claims under 225 ILCS 425/9. *See* Doc.

1

Nos. 47-48. Plaintiffs have filed a response in which they cite no authority, statutory or case law, in opposition to the motion. Instead, they ask to withdraw their respective state law claims. For the following reasons, that request should be denied and Defendants' motion should be granted.

1. Defendants moved for partial judgment on the pleadings less than three weeks after Judge Aspen entered judgment against an ICAA plaintiff represented by the same counsel in the instant case in *Skinner v. LVNV Funding, LLC*, No. 16-CV-7089, 2018 U.S. Dist. LEXIS 2812 (Jan. 8, 2018). Even though Judge Aspen agreed with prior rulings and held in *Skinner* that Section 9 of the ICAA does not grant nor imply a private right of action, Plaintiffs did not withdraw their ICAA claims.

2. When a briefing schedule on the motion at issue was discussed with the Court, Plaintiffs' counsel made it clear that Plaintiffs opposed the motion, requesting thirty days to brief their opposition. Having forced Defendants to file the motion and having represented to the Court that they intended to contest the motion, Plaintiffs should not now be permitted merely to withdraw their respective state law claims and escape an adjudication of those claims.

3. Defendants presented the Court with two solid reasons why Plaintiffs should take nothing on the claims at issue. First, there is no private right of action under the ICAA. Second, Plaintiff's claims are preempted by 15 U.S.C. § 1681t. Plaintiffs' response does not contest either of those grounds; therefore, Defendants are entitled to judgment that Plaintiffs take nothing on the claims at issue.

WHEREFORE, Defendants, LVNV Funding, LLC and Resurgent Capital Services, L.P., pray that the Court grant judgment pursuant to Fed. R. Civ. P. 12(c) that Plaintiffs take nothing on their respective state law claims. Defendants further pray for all such other and further relief, at law or in equity, as to which they may be justly entitled.

Respectfully submitted,

*/s/Corinne C. Heggie*
Corinne C. Heggie
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, Illinois 60606
Tel: 312.726.6000
cheggie@scharfbanks.com
*Local Counsel for Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P.*

*/s/ Manuel H. Newburger*
Manuel H. Newburger
Barron & Newburger P.C.
7320 N. MoPac Expy.
Suite 400
Austin, TX 78731
Tel: 512.649.4022
mnewburger@bn-lawyers.com
*Counsel for Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P.*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on this 5th day of March, 2018, I caused the foregoing Reply in Support of Defendants' Motion for Partial Judgment on the Pleadings Pursuant to FED. R. CIV. P. 12(c) to be filed using the CM/ECF system, which will send notification of such filing to all attorneys of record. These documents are available for viewing and downloading via the CM/ECF system.

/s/Corinne C. Heggie
Corinne C. Heggie

**SERVICE LIST:**

| | |
|---|---|
| *Attorneys for Plaintiffs Marcelino Centeno, Jeannette Akins, Laura Lemke, and Cordell Johnson:* | Celetha Chatman<br>Michael J. Wood<br>Holly Rose Mccurdy<br>Sarah Margaret Barnes<br>COMMUNITY LAWYERS GROUP, LTD.<br>73 W. Monroe<br>Chicago, IL 60603<br>(312) 757-1880<br>cchatman@communitylawyersgroup.com<br>mwood@communitylawyersgroup.com<br>hmccurdy@communitylawyersgroup.com<br>barnes.sarahmar@gmail.com<br><br>Andrew Finko<br>ANDREW FINKO P.C.<br>180 W. Washington Street, Suite 400<br>Chicago, IL 60602<br>312-480-0616<br>finkolaw@fastmail.FM |