# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARCELINO CENTENO,    ) | Case No. 17-CV-05233 |
|     Plaintiff,    ) | |
| ) | Hon. Sara L. Ellis |
| v.    ) | Magistrate Judge: Maria Valdez |
| ) | |
| LVNV FUNDING, LLC and RESURGENT    ) | |
| CAPITAL SERVICES, L.P.,    ) | |
|     Defendants.    ) | |
| | |
| JEANETTE AKINS    ) | Case No. 17-CV-05693 |
|     Plaintiff,    ) | |
| v.    ) | Hon. Matthew F. Kennelly |
| ) | Magistrate Judge: Jeffrey T. Gilbert |
| LVNV FUNDING, LLC and RESURGENT    ) | |
| CAPITAL SERVICES, L.P.,    ) | |
|     Defendants.    ) | |
| | |
| LAURA LEMKE,    ) | Case No. 17-CV-05897 |
|     Plaintiff,    ) | |
| ) | Hon. Robert M. Dow |
| v.    ) | Magistrate Judge: Mary M. |
| ) | Rowland |
| LVNV FUNDING, LLC and RESURGENT    ) | |
| CAPITAL SERVICES, L.P.,    ) | |
|     Defendants.    ) | |
| | |
| CORDELL JOHNSON,    ) | Case No. 17-CV-06098 |
|     Plaintiff,    ) | |
| ) | Hon. Virginia M. Kendall |
| v.    ) | Magistrate Judge: Sheila M. |
| ) | Finnegan |
| LVNV FUNDING, LLC    ) | |
|     Defendant.    ) | |

### MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants LVNV Funding, LLC and Resurgent Capital Services, LP, by their counsel, request leave to cite as additional authority in support of Defendants' Motion for Summary Judgment docket numbers 91-93, 105. In support thereof, Defendants state:

1

1. On March 29, 2019, United States District Court Judge Sam Spark issued an opinion in *Ozmun v. Portfolio Recovery Associates, et al.*, case no. AU-16-00940-SS, 2019 U.S. Dist. Lexis 54454 (W.D. Tex. Mar. 29, 2019) resolving various motions, including the *Ozmun* Defendants' Motions for Attorney's Fees and Costs and for Contempt. A copy of the reported *Ozmun* decision is attached as Exhibit A to this motion together with a copy of the final judgment that was granted in *Ozmun*.

2. *Ozmun* was decided six (6) months after September 7, 2018, the date on which Defendants filed their summary judgment motion (docket numbers 91-93) and four (4) months after November 5, 2018, the date on which Defendants filed their Reply Brief (docket no. 105). Therefore, Defendants now request leave to cite *Ozmun* in support Defendants' summary judgment argument that Plaintiffs' case is not about consumer disputes but instead about sham disputes by attorneys whose clients do not actually dispute their debts. *Ozmun*, 2019 U.S. Dist. Lexis 54454, *15-*23.

WHEREFORE, Defendants LVNV Funding, LLC and Resurgent Capital Services, LP, request that the Court enter an Order granting Defendants' motion and allowing the *Ozmun* case to be cited as additional authority in support of Defendants' Motion for Summary Judgment.

Respectfully submitted,

| | |
|---|---|
| /s/ *Manuel H. Newburger* | /s/ *Corinne C. Heggie* |
| Manuel H. Newburger, Esq. | Corinne C. Heggie, Esq. |
| BARRON & NEWBURGER, P.C. | Illinois Bar No. 6276412 |
| 7320 N. MoPac Expy., Suite 400 | WOCHNER LAW FIRM LLC |
| Austin, Texas 78731 | 707 Skokie Blvd., Suite 500 |
| Telephone: (512) 649-4022 | Northbrook, Illinois 60062 |
| Facsimile: (512) 279-0310 | Telephone: (847) 272-7360 |
| E-mail: mnewburger@bn-lawyers.com | E-mail: cheggie@wochnerlawfirm.com |
| *Counsel for Defendants* | *Local Counsel for Defendants* |

3

## CERTIFICATE OF SERVICE

This statement is to certify that a true and correct copy of the foregoing Motion has been served via ECF on the persons who have registered for ECF notice on this, the 1st day of April, 2019.

                                                        */s/Corinne C. Heggie*
                                                        Corinne C. Heggie

Case: 1:17-cv-05233 Document #: 110 Filed: 04/01/19 Page 3 of 3 PageID #:2256