UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Marcelino Centeno
                         Plaintiff,

v.                                                    Case No.: 1:17−cv−05233
                                                                    Honorable Sara L. Ellis

LVNV Funding, LLC, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 1, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: Motion for leave to cite additional authority in support of Defendants' motion for summary judgment [110] is granted. Ruling date set for 4/4/2019 is stricken and reset for 5/22/2019 at 9:30 AM. No appearance required, 4/4/2019. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.